IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CIVIL ACTION NO. 1:23-cv-9-HSO-BWR |
| $28,850.00 U.S. CURRENCY | DEFENDANT PROPERTY |

**DEFAULT JUDGMENT OF FORFEITURE**

Before this Court is Plaintiff United States of America's Motion for Default Judgment of Forfeiture [9]. Having considered the motion and the relevant statutes and jurisprudence in this matter, this Court finds that the relief the United States seeks has merit and should be granted. This Court further finds and adjudicates as follows:

1. On January 17, 2023, the United States filed a Verified Complaint for Forfeiture *in Rem* [1], alleging that the Defendant Property is subject to forfeiture under 21 U.S.C. § 881 and 18 U.S.C. §§ 981(a)(1)(A) and (C).

2. On January 17, 2023, the Court issued a Warrant of Arrest *in Rem* [4].

3. Under Rule G(4)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States served direct written notice of this civil asset forfeiture action, including copies of the Verified Complaint for Forfeiture *in Rem* [1], Application for Warrant of Arrest i*n Rem* [3], Warrant of Arrest *in Rem* [4], and Notice of Complaint for Forfeiture [2], to all potential claimants reasonably known to the United States, as evidenced by the United States' Proof of Service [5].

4.      Beginning on January 18, 2023, the United States published for thirty (30) consecutive days on an official government internet website at www.forfeiture.gov, notice of the instant case, as evidenced by the Proof of Publication [6].

5.      The aforementioned publication and direct notices informed Wilken Jean-Pierre, Brothers Services, 24/7 Transport Logistics LLC, Erica Nichole Alexander (a/k/a Erica Lawrence), Mei-Ly Jean Pierre (a/k/a Mei-Ly Taylor), Anointed Occasions and Special Events, and all other persons or entities, known or unknown, having or claiming an interest in the Defendant Property that the Defendant Property had been arrested and that this instant civil forfeiture action was pending. The publication and direct notices also informed said persons and entities that they had thirty-five (35) days after being sent direct notice or sixty (60) days after the first date of the published notice to file a claim, and twenty (21) days thereafter to file an answer. Furthermore, the notice referred any such persons or entities to Rule G(5) of the Supplemental Rules of Admiralty and Maritime Claims and Asset Forfeiture Actions, and warned that if this Supplemental Rule was not strictly followed, the Court could enter default judgment of forfeiture or summary judgment against any improperly claimed interest in the Defendant Property.

6.      The United States took all reasonable measures to ensure that Wilken Jean-Pierre, Brothers Services, 24/7 Transport Logistics LLC, Erica Nichole Alexander (a/k/a Erica Lawrence), Mei-Ly Jean Pierre (a/k/a Mei-Ly Taylor),

Anointed Occasions and Special Events, and all other possible claimants received such notice in a timely fashion.

7. As of this date, no claims, answers, or appearances have been filed to assert an interest in the Defendant Property, or to otherwise defend against this instant forfeiture action, by Wilken Jean-Pierre, Brothers Services, 24/7 Transport Logistics LLC, Erica Nichole Alexander (a/k/a Erica Lawrence), Mei-Ly Jean Pierre (a/k/a Mei-Ly Taylor), Anointed Occasions and Special Events, or any other person or entity. Thus, the time pursuant to Supplemental Rule G, for Wilken Jean-Pierre, Brothers Services, 24/7 Transport Logistics LLC, Erica Nichole Alexander (a/k/a Erica Lawrence), Mei-Ly Jean Pierre (a/k/a Mei-Ly Taylor), Anointed Occasions and Special Events, or any other person or entity to file a valid claim and answer in this action has lapsed.

8. As such, Wilken Jean-Pierre, Brothers Services, 24/7 Transport Logistics LLC, Erica Nichole Alexander (a/k/a Erica Lawrence), Mei-Ly Jean Pierre (a/k/a Mei-Ly Taylor), Anointed Occasions and Special Events, and all other possible claimants are in complete and total default in accordance with Local Uniform Rule G(8)(b) and Federal Rule of Civil Procedure 55(b).[1] The Clerk of Court's March 22, 2023, Entry of Default [8] was proper; and the United States is entitled to a default judgment of forfeiture against the full interests of Wilken Jean-Pierre, Brothers Services, 24/7 Transport Logistics LLC, Erica Nichole Alexander

---

[1] No hearing under Rule 55 of the Federal Civil Rules of Procedure is necessary. No party has made an appearance by filing a timely claim and answer within the time stated in the direct or published notice. Therefore, all claims arising afterward would otherwise be untimely.

(a/k/a Erica Lawrence), Mei-Ly Jean Pierre (a/k/a Mei-Ly Taylor), Anointed Occasions and Special Events, and all other persons and entities in the Defendant Property, all without the necessity of further notice to Wilken Jean-Pierre, Brothers Services, 24/7 Transport Logistics LLC, Erica Nichole Alexander (a/k/a Erica Lawrence), Mei-Ly Jean Pierre (a/k/a Mei-Ly Taylor), Anointed Occasions and Special Events, or any other person or entity.

**IT IS, THEREFORE, ORDERED AND ADJUDGED THAT**:

    a.    The United States of America is hereby given a default judgment and a complete and final judgment of forfeiture against the full interests of Wilken Jean-Pierre, Brothers Services, 24/7 Transport Logistics LLC, Erica Nichole Alexander (a/k/a Erica Lawrence), Mei-Ly Jean Pierre (a/k/a Mei-Ly Taylor), Anointed Occasions and Special Events, and all other persons and entities in the Defendant Property described below:

| Asset ID | Asset Description |
|---|---|
| 22-DEA-695981 | $28,850 U.S. Currency seized on September 15, 2022, from Wilken Jean-Pierre as a result of a traffic stop on Interstate 10 westbound near Mile Marker 6 in Hancock County, Mississippi |

    b.    Any administrative claims or interests therein of any entities or persons, including Wilken Jean-Pierre, Brothers Services, 24/7 Transport Logistics LLC, Erica Nichole Alexander (a/k/a Erica Lawrence), Mei-Ly Jean Pierre (a/k/a Mei-Ly Taylor), Anointed Occasions and Special Events, and any other possible claimant are hereby canceled.

   c. The Defendant Property is referred to the custody of U.S. Marshals Service and/or the Drug Enforcement Administration for disposition in accordance with the relevant law and regulations.

  **SO ORDERED AND ADJUDGED**, this the 24th day of March, 2023.

          *s/ Halil Suleyman Ozerden*
          HALIL SULEYMAN OZERDEN
          UNITED STATES DISTRICT JUDGE